1
2
3
4
5                                              JS-6
6
7
8
9
10                    **UNITED STATES DISTRICT COURT**
11                    **CENTRAL DISTRICT OF CALIFORNIA**
12                           **SOUTHERN DIVISION**
13

| | |
|---|---|
| TARGUS GROUP INTERNATIONAL, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>FAIRHAVEN GROUP, INC. d/b/a BRENTHAVEN, an Washington corporation,<br><br>            Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. SACV15-0465 CJC (RNBx)<br>Hon. Cormac J. Carney<br><br>**ORDER GRANTING STIPULATED PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE** |

1
**ORDER GRANTING PERMANENT INJUNCTION AND DISMISSAL**

This case having come before this Court, and it being represented to the Court that Plaintiff Targus Group International, Inc. ("Targus") and Defendant Fairhaven Group, Inc. d/b/a Brenthaven ("Defendant" or "Brenthaven") have compromised and settled the matters in dispute, IT IS HEREBY ORDERED, ADJUDICATED and DECREED as follows:

## **PERMANENT INJUNCTION ORDER**

Having considered the Stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT:

1. This Court has jurisdiction over the parties and the subject matter in this case, and venue is proper in this judicial district.

2. Pursuant to 35 U.S.C. § 283, as of the date of this Court's Order, Defendant, and any of its owners, principals, officers, agents, subcontractors, employees, subsidiaries, legal representatives, successors-in-interest, and assigns- excepting as specifically permitted by the provisions of Paragraph 3 below - be permanently enjoined and restrained from all importing, manufacturing, marketing, using, offering for sale, and selling any "Accused Laptop Bag," which term is defined to mean the cases manufactured, marketed, advertised, offered for sale, or sold by or on behalf of Defendant as the "Prostyle II-XF," "Prostyle III-XF," "Triload-XF," "Broadmore Backpack," or any laptop bag manufactured, marketed, advertised, offered for sale, or sold by or on behalf of Defendant that is no more than colorably different from any one of the foregoing products.

3. Any third party that has purchased an Accused Laptop Bag prior to entry of this injunction shall be free to sell, offer for sale, or otherwise dispose of any such products, and nothing in this Stipulated Permanent Injunction shall restrict the right of any such purchaser to sell, offer for sale, or otherwise dispose of any such products. In addition, Brenthaven has in inventory approximately 392 units of the Broadmore Backpack and 44 pieces of the Triload XF ("Existing Brenthaven Inventory"), which it may continue to sell for a period of 90 days from the Effective Date of this injunction.

4. Pursuant to the parties' agreement and stipulation, this Court SHALL RETAIN JURISDICTION of this action to the extent necessary to ensure full compliance with all obligations imposed by the Permanent Injunction Order, including the enforcement of this Stipulated Permanent Injunction by way of contempt or otherwise. The obligations of the parties, as set forth in the Stipulated Permanent Injunction, SHALL BE ENFORCED, if necessary, exclusively by this Court.

5. Subject to the terms of the parties' Settlement Agreement, if in the future either party files suit against the other party regarding the Asserted Patent, the filing party SHALL FILE SUIT in the United States District Court for the Central District of California and, pursuant to Local Rule 83-1.3, simultaneously file a Notice of Related Case with the Court identifying this dismissed action.

6. Pursuant to the parties' agreement and stipulation, Defendant waives any appeal of this Permanent Injunction.

7. Pursuant to the parties' agreement and stipulation, each party SHALL BEAR ITS OWN COSTS AND ITS OWN ATTORNEYS' FEES.

8. Pursuant to the parties' agreement and stipulation, all claims filed in this action SHALL BE DISMISSED from this action WITH PREJUDICE.

9. Having addressed each of the claims in this action, this case SHALL BE CLOSED.

Dated: January 8, 2016

Hon. Cormac J. Carney
United States District Judge